# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Chett L. Mallett<br>USMS# _____ PLAINTIFF<br>DEFENDANT | CASE NUMBER: CV 13-6539 WDK (ASx)<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 06-19-2019  0930  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 401 Civil Contempt

5. Offense charged is a:  ☐ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1967

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian

10. Remarks (if any): NONE

11. Name: Luis A. Batres  (please print)

12. Office Phone Number: (213) 798-3592

13. Agency: USMS

14. Signature: /s/ ____

15. Date: 06-19-19

CR-64 (05/18)  REPORT COMMENCING CRIMINAL ACTION