JACQUELYNE M. NGUYEN, Bar No. 249658
KSENIYA Y. STUPAK, Bar No. 309783
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: kseniya@jacquelynenguyenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHETT L. MALLETT,<br><br>　　　　Defendant. | Case No. 2:13-cv-06539 WDK (ASx)<br><br>PLAINTIFF'S STATUS REPORT<br><br><br>Judge: Hon. William D. Keller<br>UNITED STATES DISTRICT COURT JUDGE |

　　　　Plaintiff, United States of America ("Plaintiff") hereby submits its status update regarding the above-captioned matter. This case is regarding the United States' efforts to collect on Defendant's outstanding federal civil judgment debt.

　　　　On June 27, 2019, Plaintiff and Defendant met at Plaintiff's office for a Judgment Debtor Examination. During the examination, Defendant claimed to be unemployed and homeless and so states on his Financial Statement of Debtor, submitted under oath. (Plaintiff's Exhibit A). Contrary to Defendant's claim of unemployment, Defendant is currently employed at Elements of Wellness, which describes Dr. Mallett on their website as a "practicing chiropractic and functional medicine for more than

twenty years. One of LA Magazine's Top Chiropractors (2019)". (Plaintiff's Exhibit B).

During the Judgment Debtor Examination, Defendant provided banking statements reflecting an average monthly income of $28,500 (Plaintiff's Exhibit C). Additionally, Defendant's Discover credit card statements reflect average spending of $1,600.00/month for restaurants and entertainment alone and Defendant makes average monthly payments on said card of $3,640.00/month. (Plaintiff's Exhibit D). Per Discover card statement, Defendant spends $2,550.00 for his dog's room and board at "the Fouche Way" and takes his dog to dine at the Petstaurant, LLC, spending $148.89 per meal (Plaintiff's Exhibit D). Furthermore, Defendant leases a luxury vehicle, Lincoln MKX, paying $749.00/month with two more years remaining on his lease (Plaintiff's Exhibit A). Between his monthly payments on his Discover card and Lincoln car payments alone, Defendant pays on average $4,390.00/month. Defendant has not been forthcoming and honest in his statements to Plaintiff. Defendant's submitted Financial Statement reflects a stated monthly income of zero dollars (Plaintiff's Exhibit A). However, on a follow up email, Defendant states his "monthly income is only $2,000.00". (Plaintiff's Exhibit E). Defendant's stated income inconsistencies are in conflict with what is factually proven on Defendant's bank statement and credit card statements. Plainly put, Defendant cannot claim he makes zero to $2,000.00 income when his bank records reflect monthly deposits averaging

$28,500.00/month with average Discover payments of $3,650.00/month.

During the Judgment Debtor Examination Plaintiff and Defendant agreed that Defendant would be submitting a proposed reasonable payment plan by Monday, July 1, 2019. Plaintiff explained the Department of Justice's policy that all payment plans must satisfy the Judgment within a span of 36 months. Plaintiff was willing to work with the Defendant and accommodate the length of the repayment term as long as Defendant proposed a reasonable repayment arrangement. Defendant contacted Plaintiff on July 1, 2019, however, no reasonable repayment term has been reached. As of today, Defendant's outstanding debt to the government is $498,774.19 with the daily accruing rate of $77.62 and 8.25% interest rate.

Defendant financial documentations based on his bank statements suggest that Defendant could pay off the debt to the government within several years; however, Defendant is not cooperating with Plaintiff. Therefore, Plaintiff seeks this Court's intervention at this time.

DATED:   July 8, 2019                    Respectfully Submitted,

                                                      /S/
                                     KSENIYA Y. STUPAK
                                     Attorney for Plaintiff
                                     United States of America