**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:13-cv-06539 WDK/ASx |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Chett L. Mallett | Wage Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Progressive Direct Insurance Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6300 Wilson Mills Rd W33, Mayfield Village, OH 44143

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
U.S. Department of Justice
c/o Law Office of Jacquelyne Nguyen
2900 Bristol St, A-208
Costa Mesa, CA 92626

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):
Please continuously garnish 25% from all claims submitted by Debtor to Insurance Company. Forward all funds to U.S. Marshals.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 949.727.0055
DATE: 10/31/19

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No.: 12
District to Serve No.: 60
Signature of Authorized USMS Deputy or Clerk
Date: 11/7/19

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
11/26/19  10:45  ☒ am  ☐ pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy
John fnn 30338

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# of DUSMS: 1
# of hours for all DUSMS: 1
# of round trip miles for all vehicles: 42

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18